(121 So. 432)

### Ex parte Von L. THOMPSON et al.
### (6 Div. 335.)

Supreme Court of Alabama. March 28, 1929.

Von L. Thompson, Theodore J. Lamar, and Cora R. Thompson, all of Birmingham, for petitioners.

Horace C. Wilkinson, of Birmingham, opposed.

SAYRE, J. The court here holds that the Court of Appeals reached the correct conclusion in the case presented to it. The court prefers, however, to say that we do not intend to be understood as holding the opinion that respondent McElroy may not sit in the trial of causes, other than appeals from the recorder's courts of the city of Birmingham, nor that other judges of the circuit may not on proper occasion try such appeals. The statute provides that the eleventh judge shall try such cases "in preference to any other cases."

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

(121 So. 441)

### WOOD v. HACKER. (6 Div. 289.)

Supreme Court of Alabama. March 28, 1929.

Matt H. Murphy and W. Marvin Woodall, both of Birmingham, for petitioner.

David J. Davis, of Birmingham, opposed.

SAYRE, J. Under the rule obtaining in such cases we are unable to review the questions of fact presented by the petition for certiorari. Postal Tel. Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91. We may add that the record of the Court of Appeals has been read, and we find in it nothing to cause regret that the rule of this court in the matter of review by certiorari is as it is.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

(121 So. 427)

### Heabern TANNER v. STATE. (3 Div. 888.)

Supreme Court of Alabama. March 28, 1929.

Hamilton & Caffey, of Brewton, and D. M. Powell, of Greenville, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

THOMAS, J. Petition of Heabern Tanner for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Tanner v. State, 121 So. 424.

Writ denied, on authority of Ex parte Tanner (3 Div. 627) ante, p. 7, 121 So. 423.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.